UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

2012 OCT -9 PM 4:26

| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| --- | --- | --- |
|  | ) |  |
| v. | ) | VIO: 18 U.S.C. § 4   **CR312-006** |
|  | ) | Misprision of Felony |
| SHANESE STANLEY | ) |  |

## COUNT ONE
## MISPRISION OF FELONY

THE UNITED STATES ATTORNEY CHARGES:

On or about May 28, 2012, in Laurens County within the Southern District of Georgia, the defendant herein:

### SHANESE STANLEY

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Unlawful Possession of Cocaine Base with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), concealed and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

_____
EDWARD J. TARVER
UNITED STATES ATTORNEY

_____
James D. Durham
First Assistant United States Attorney

_____
Carlton R. Bourne, Jr.*
Assistant United States Attorney

_____
E. Greg Gilluly, Jr.*
Assistant United States Attorney

* lead counsel